AO 440 (Revised 06/12) Summons in A Civil Case

# UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

Fastfetch Corporation, )
)
        Plaintiff, )   CIVIL ACTION NO.: 6:16-cv-00974-MGL
)
    v. )
)
PicLogix, Inc. )
)
        Defendant. )

**SUMMONS IN A CIVIL ACTION**

**TO:**    PicLogix, Inc.
c/o Christopher Brennen, President
1320 South 51st Street
Richmond, CA 94804

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are in the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address is:

    Bernie W. Ellis
    McNair Law Firm, P.A.
    Post Office Box 447
    Greenville, SC 29602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must file your answer or motion with the court.



Robin L. Blume
*Clerk of Court*

Date: March 29, 2016                         s/Ashley Buckingham

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (1))*

Service of the Summons and Complaint was made by me[1]     DATE

NAME OF SERVER (PRINT)     TITLE

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

TRAVEL          SERVICES          TOTAL

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date                         Signature of Server

                                          _____
                                          Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.
GREENVILLE 341574v1